UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, SCHOLARSHIP FUND, AND INDUSTRY TRAINING FUND,<br><br>Petitioner,<br><br>-against-<br><br>LUXURBAN RE HOLDINGS LLC, *also known as* LUXURBAN HOTELS INC d/b/a HOTEL 27,<br><br>Respondent. | Case No. 1:25-cv-05988 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On July 22, 2025, Petitioner filed a Petition to Confirm an Arbitration Award. Petitioner has not yet properly requested a summons nor filed an affidavit of service of the Petition.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, is hereby ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its Petition by **August 18, 2025**. Respondent's opposition, if any, is due on **September 8, 2025**. Petitioner's reply, if any, is due on **September 22, 2025**.

IT IS FURTHER ORDERED that Petitioner shall (1) serve a copy of this Order on Respondent and file an affidavit of service of this Order, and (2) promptly request the issuance of summons and file an affidavit of service of the Petition.

Dated: August 4, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge