UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, SCHOLARSHIP FUND, AND INDUSTRY TRAINING FUND,<br><br>                    Petitioner,<br><br>          -against-<br><br>LUXURBAN RE HOLDINGS LLC, *also known as* LUXURBAN HOTELS INC d/b/a HOTEL 27,<br><br>                    Respondent. | Case No. 1:25-cv-05988 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Petitioner filed a Petition to Confirm an Arbitration Award on July 22, 2025, *see* Dkt. 1, and served Respondent with the Summons and Petition on August 8, 2025, through the New York Secretary of State, *see* Dkt. 9. Respondent's opposition to the Petition was due on September 8, 2025. *See* Dkt. 6. To date, however, Respondent has not filed an opposition, appeared in this action, or otherwise communicated with the Court.

Accordingly, the Court will grant Respondent a courtesy extension to respond to the Petition no later than **September 16, 2025**. Petitioner's reply, if any, shall be due on **September 30, 2025**. Respondent is warned that failure to respond to the Petition by the extended deadline may result in the Court's treatment of the Petition as unopposed.

Petitioner is ordered to serve this Order on Respondent and file a certificate of service.

Dated: September 9, 2025
          New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge