UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK HOTEL
TRADES COUNCIL AND HOTEL
ASSOCIATION OF NEW YORK CITY, INC.
HEALTH BENEFITS FUND, et al.,

                Petitioners,

-against-

LUXURBAN RE HOLDINGS LLC, also
known as LUXURBAN HOTELS INC d/b/a
HOTEL 27,

                Respondent.

Case No. 1:25-cv-05988 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On September 19, 2025, Respondent filed a Notice of Bankruptcy and Notice of Automatic Stay. *See* Dkt. 14. Petitioners agree that Respondent's pending bankruptcy petition operates as a stay of this action. *See* Dkt. 16; 11 U.S.C. § 362.

    The Clerk of Court is respectfully directed to mark this case as stayed. Respondent shall promptly inform the Court when the stay may be lifted, and the parties shall file a joint letter regarding the status of the bankruptcy no later than **January 30, 2026**, and every four months thereafter until the bankruptcy stay is lifted.

Dated: September 30, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge